**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 14-cr-00136-CMA-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. CHRISTOPHER JOSEPH LOPEZ,

    Defendants.

---

**ORDER DENYING REQUEST FOR EARLY TERMINATION
FROM SUPERVISED RELEASE**

---

On August 30, 2022, Defendant Christopher Joseph Lopez submitted a *pro se* request for early termination of supervised release in his case (Doc. # 626). On August 31, 2022, the Court ordered that the Probation Office and the United States respond, in writing, by September 19, 2022. The Probation Office indicates that, although Defendant had been in compliance with the conditions of his supervised release (with the exception that he recently changed his primary residence without notifying the Probation Officer), he does not meet the criteria for early termination because he is a career drug offender (as described in 28. U.S.C. § 994(h)) because he has been convicted of two or more prior felonies for Possession With Intent to Distribute a Controlled Substance. The Government indicates that the Defendant has approximately 20 months remaining on his 4-year term of supervised release and commends Defendant for doing well on supervised release. However, the Government is concerned that Defendant's life narrative, to this point, has not included extended periods of legitimate employment or education. Due to its concerns that the coming months will pose new challenges for the

Defendant and his family, the Government submits that the continued involvement of the Probation Department can help the Defendant reach his stated goals and, as such, the Court should wait until the Defendant's work ethic is given the time to firmly take root before terminating his supervised release.

The Court agrees with both the Probation Office and the Government. Accordingly, the Court hereby

ORDERS that Defendant Christopher Joseph Lopez's request for early termination from his supervised release (Doc. # 626) is DENIED.

DATED:  November 2, 2022

BY THE COURT:

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
Senior United States District Judge